UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JEFFREY D. DAHL and KIRSTIN L.
DAHL, as Co-Trustees of the Dahl Family
Revocable Trust, dated September 27, 2019,

              Plaintiffs,

        v.

JAMES DEBRIYN,

             Defendant.

Case No. 24-CV-336-jdp

---

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

---

PLEASE TAKE NOTICE that James N. Law of Reinhart Boerner Van Deuren s.c. has been retained by and appears for Plaintiffs Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019, in the above-entitled action and requests that a copy of all further pleadings and notices in said action be served upon him through the Court's ECF notification system, or at the office address listed below.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that he be substituted as counsel of record in this action in place of Linda I. Coleman, Esq., of Spears, Carlson & Coleman, and Max Lindsey, of Anich, Wickman & Lindsey, S.C., who are both withdrawing from the case.

Dated this 26th day of September, 2024.

/s/ James N. Law
James N. Law
WI State Bar ID No. 1088047
jlaw@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone:  414.298.1000
Facsimile:  414.298.8097

*Attorneys for Plaintiffs*
*Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019*

/s/ Linda L. Coleman
Linda L. Coleman
WI State Bar ID No. 1088532
linda@washburnlawyers.com
Spears, Carlson & Coleman
122 West Bayfield Street
Washburn, WI 54891
Telephone: 715-373-2628

*Attorneys for Plaintiffs*
*Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019*

/s/ Max T. Lindsey
Max T. Lindsey
WI State Bar ID No. 1112865
mlindsey@ashlandlawyers.com
Anich, Wickman & Lindsey, S.C.
220 6th Avenue West
P.O. Box 677
Ashland, WI 54806
Telephone: 715-682-9114

*Attorneys for Plaintiffs*
*Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019*

2