# Exhibit A



This is a map created at https://maps.bayfieldcounty.wi.gov/BayfieldWAB/.  This map is included for the sole purpose of giving context to the approximate location of the photographs contained in this Exhibit A. This map is oriented in typical fashion so that North is up.

The map has been annotated in three ways, a red line  was added to show the approximate location of the existing road representing the easement. A blue line shows the portion of the road serving only the DeBriyn property. Finally, letters were added that correspond with the approximate location described under the photographs in this Exhibit A. All photographs in this Exhibit A were taken in the direction of travel from the public road to the Dahl property, unless otherwise described.



This is the same map as generated by https://maps.bayfieldcounty.wi.gov/BayfieldWAB/, but without the letters



For visual reference, the photographs taken in 2023 contain a piece of dimensional lumber that is approximately 10 feet long and approximately 6 inches wide. This board is marked with black spray paint at one foot increments along its length and serves as an approximate visual guide to assist the viewer in understanding the width of the Easement at various points.  If necessary, this board is available for inspection at the DeBriyn Property.



Photo taken Sunday May 21, 2023, at location A, showing width of Easement at the intersection of the easement with the public road, East Cable Lake Road.



Photo taken Sunday May 21, 2023, at location B, showing width of Easement.



Photo taken Sunday May 21, 2023, at location C, showing width of Easement.



Photo taken Sunday May 21, 2023, at location E, showing width of Easement.



Photo taken Sunday May 21, 2023, at location F, showing width of Easement.



Photo taken Sunday May 21, 2023, at location G, showing width of Easement.



Photo taken Sunday May 21, 2023, at location H, showing width of Easement.



Photo taken Sunday May 21, 2023, at location I, showing width of Easement.



Photo taken Sunday May 21, 2023, at location J, looking in an Easterly direction, showing width of Easement at the intersection of the red and blue lines. The road continues to the DeBriyn structures to the left and to the public road to the right.



Photo taken Sunday May 21, 2023, at location J, showing the width of Easement from the intersection of the red and blue lines, looking toward the Dahl Property. From this point, the Easement does not currently serve any structures on the DeBriyn Property, but runs approximately another 1,550 feet over the DeBriyn Property.



Photo taken Sunday May 21, 2023, at location K, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location K, looking in a Northerly direction. The Dahl Property is to the left and East Cable Lake Road is to the right.



Photo taken Sunday May 21, 2023, at location L, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location M, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location N, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location O, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location P, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location Q, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location R, showing width of Easement as it turns North toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location S, showing width of Easement. From this location, it is roughly 600 feet to the Dahl Property, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location T, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location U, showing width of Easement, looking toward the Dahl Property.



Photo taken Sunday May 21, 2023, at location V, showing width of Easement. The board is roughly at the property line as evidenced by the iron bar and orange flag on the left (West side) of the road near the board. The Dahl Property lies on the other side of this property line.



Photograph taken of Defendant, James DeBriyn, in 1997 standing on a tree that fell across the Easement at location O, looking toward the Dahl Property.



Photograph taken of a fallen tree on the Easement in 1997 at location O, looking toward the Dahl Property.



Photograph taken of a fallen tree on the Easement in 1997 near location O, looking toward the Dahl Property.





Photograph taken in 1999 of the Easement at location E, looking toward the Dahl Property from the driver's side of a full size 1972 Ford pickup. This photograph accurately portrays the Easement in 1999.



Photo taken in October 2008 of the Easement at location I, looking toward East Cable Lake Road.



Photo taken in October 2008 of the Easement at location E, looking toward East Cable Lake Road.



Photo taken in May 2009 of the Easement at location G, looking toward East Cable Lake Road.



Photo taken in May 2009 of the Easement at location I, looking toward East Cable Lake Road.