# EXHIBIT G

# PLAT OF SURVEY

**APEX SURVEYING**
P.O. BOX 607 — HAYWARD, WI 54843
(715) 634-3435 • (800) 599-9781 • FAX (715) 634-3864

LOCATED IN THE NE¼-NE¼ SECTION 1, T43N-R8W AND IN THE W½-NW¼ SECTION 6, T43N-R7W, TOWN OF CABLE, BAYFIELD COUNTY, WIS.

SCALE 1"=200'

BEARINGS REFERENCED TO THE NORTH LINE SEC. 1, ASSUMED TO BEAR S89°-47'-30"E

○ = SURVEY MONUMENT AS IDENTIFIED

△ = COMPUTED POINT ONLY ON POINTS OF INTERSECTION ON CENTERLINE OF 33' WIDE EASEMENT FOR INGRESS-EGRESS AS OCCUPIED & TRAVELED.

—— = ₵ 33' EASEMENT

CLIENT: GOSNELL ESTATE
c/o ATTY. IVY M. AINSWORTH
PROJECT NO. 1004

---

**Survey callouts:**

- NW COR. NE¼-NE¼ SECTION 1 T43N-R8W EX 2½" CAPPED IRON PIPE
- (DEED DISTANCE 944.15') S89°-47'-30"E 951.28'
- EX. 1½" CAPPED IRON PIPE 0.44' NORTH OF LINE
- EX. 1¼" IRON PIPE 4± FROM LAKE ON SOUTH EDGE OF PIER TO NORTH
- TOWN LINE T44N / T43N
- 146.10'
- EX. 1" IRON PIPE 2.93' SOUTH OF LINE
- 564.53'
- 240.65'
- LITTLE ROSA LAKE
- N0°-19'-37"E 456.80'
- VOLUME 517 PAGE 99
- 8.9± AC. INCLUDING LITTLE ROSA LAKE
- S23°-44'-0"W 498.19'
- ROSA LAKE
- SET ½" SQ IRON BAR 7.14' W. OF ₵ EAS'M'T
- 7.14'
- 247.53'
- 254.67'
- 493.47'
- EX. ¾" REBAR 3± FROM LAKE
- EX. ¾" REBAR
- N89°-47'-30"W 748.14'
- (DEED DISTANCE 746.01')
- N28°-53'-30"E 171.20'
- N9°-10'E 286.05'
- SEC. 1 T43N-R8W
- SEC. 6 T43N-R7W
- RANGE LINE
- S9°-10'W 235.91'
- S79°-13'E 349.76'
- N73°-45'E 191.70'
- S44°-31'E 118.20'
- N86°-00'E 132.90'
- N62°-30'E 170.45'
- S22°-57'E 160.15'
- S64°-23'E 294.10'
- S36°-31'E 274.10'
- ₵ CENTER LINE E. CABLE ROAD

---

I, **FRED ZIETLOW**, REGISTERED LAND SURVEYOR, HEREBY CERTIFY TO MY CLIENT(S) THAT I HAVE SURVEYED AND MAPPED THE PROPERTY SHOWN UPON THIS PLAT AND THAT THE WITHIN PLAT IS A TRUE AND CORRECT REPRESENTATION OF THE BOUNDARIES OF THE LAND SURVEYED, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

WISCONSIN LAND SURVEYOR — FREDERIC W. ZIETLOW S-922 Hayward Wis.

JAN. 27TH, 2001

---

Margin notes:
- 1-43-8
- 1-43-7
- 1-43-9
- NE-NE
- W½-NW¼
- # 3476
- Note: Also bound in file 1-43 8