IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JEFFREY D. DAHL AND KRISTIN L. DAHL, AS CO-TRUSTEES OF THE DAHL FAMILY REVOCABLE TRUST, DATED SEPTEMBER 27, 2019**, <br><br> Plaintiffs, <br><br> v. <br><br> **JAMES DEBRIYN**, <br><br> Defendant. | Case No: 3:24-cv-336-jdp <br><br> **MOTION FOR SANCTIONS** |

      Defendant James DeBriyn, hereby moves the Court, pursuant to 28 U.S.C. § 1927, and the Court's inherent authority to find that Plaintiffs' counsel in the above-captioned matter unreasonably and vexatiously multiplied these proceedings and caused unnecessary delay for the purpose of manipulating jurisdiction in this case. By doing so, Plaintiffs and their counsel wasted the time of adverse parties and the limited resources of both this Court and the state court. Defendant requests that the Court impose sanctions on Plaintiffs' counsel for abusing the legal process.

      As more fully described in Defendant's Memorandum in Support of Motion for Sanctions, filed herewith, Plaintiffs' counsel acted unreasonably and in bad faith when they knowingly failed to notify this Court of dispositive adverse authority and persisted in pursuing claims against parties any reasonable attorney would recognize as baseless to deprive Defendant DeBriyn of his right to defend himself in federal court.

1

Defendant is entitled to an award of his actual costs incurred as a result of Plaintiffs' counsels' conduct. At a minimum, Defendant is entitled to an award of $405.00 representing Defendant's filing fee incurred and wasted by Plainitffs' counsels' conduct from the first removal of this case.

Dated this 9th day of May, 2025.

Respectfully submitted,

*/s/ James DeBriyn*
James DeBriyn
2955 E Hermosa Vista Dr.
Mesa, AZ 85213
715-558-6566
jdebriyn@gmail.com

2