IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEFFREY D. DAHL AND KRISTIN L. DAHL, AS CO-TRUSTEES OF THE DAHL FAMILY REVOCABLE TRUST, DATED SEPTEMBER 27, 2019,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DEBRIYN,<br><br>Defendant. | Case No: 3:24-cv-336-jdp<br><br>DECLARATION OF DEFENDANT JAMES DEBRIYN IN SUPPORT OF MOTION FOR SANCTIONS |

I, James D. DeBriyn, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am a 41 year old resident of Arizona residing in Mesa, Arizona and the Defendant in this case.

2. I offer this Declaration in support of my Motion for Sanctions.

3. I have personal knowledge of the facts set forth in this Declaration and expect to testify competently to these facts in this case.

4. On or about March 5, 2024, I attempted to contact the Attorney for John Grossi and Real Estate Consultants of Hayward, Inc. ("RECH" and together, the "Grossi Defendants"), Terry E. Johnson, and finally spoke to him via telephone on or about March 5, 2024. In this conversation, Attorney Johnson and I discussed the current procedural posture of the

1

case and Attorney Johnson made me aware of the two year statute of repose found in Wis. Stat. § 452.142. I was not aware of this statute prior to Attorney Johnson bringing it to my attention on this call.

5. Plaintiffs counsel did not discuss mediation with me after remand until April 18, 2024, shortly after the scheduling conference with the Bayfield County Court.

6. I sent formal discovery requests to the Grossi Defendants on April 30, 2024.

7. Attached as Exhibit A is a true and correct copy of an email string I received on or about April 18, 2025, produced by Plaintiffs' counsel in response to a followup discovery request sent on March 2, 2025, regarding discovery responsive to discovery requests sent on May 2, 2024, but not produced. This email string shows messages sent from RECH to Plaintiffs' counsel from January 9, 2024 through January 25, 2024.

8. Attached as Exhibit B is a true and correct copy of an email I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This email shows a message sent by Plaintiffs' counsel, Attorney Lindsey, to John Grossi, and Greg Grossi, owner RECH on January 25, 2024.

9. Attached as Exhibit C is a true and correct copy of an email string I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This email string shows messages sent between Plaintiffs' counsel and defense counsel for the Grossi Defendants from February 10, 2025 to February 12, 2024.

10. Attached as Exhibit D is a true and correct copy of an email string I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This email string shows messages sent between Plaintiffs' counsel and defense counsel for the Grossi Defendants from March 8, 2025 to March 17, 2024. This

2

exhibit also includes the letter attached to the email on March 8, 2024, sent by Attorney Johnson.

11. Attached as Exhibit E is a true and correct copy of an email string I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This email string shows messages sent between Plaintiffs' counsel and defense counsel for the Grossi Defendants from March 22, 2025 to April 17, 2024.

12. Attached as Exhibit F is a true and correct copy of a letter I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This letter was from defense counsel for the Grossi Defendants to Plaintiffs' counsel on May 1, 2024.

13. Attached as Exhibit G is a true and correct copy of an email string I received on or about June 10, 2024, produced by Plaintiffs' counsel in response to discovery requests sent on May 2, 2024. This email string shows messages sent between Plaintiffs' counsel and defense counsel for the Grossi Defendants on May 8, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of May, 2025 in Mesa, Arizona

 */s/ James DeBriyn*
James DeBriyn
2955 E Hermosa Vista Dr.
Mesa, AZ 85213
715-558-6566
jdebriyn@gmail.com