UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JEFFREY D. DAHL and KIRSTIN L.
DAHL, as Co-Trustees of the Dahl Family
Revocable Trust, dated September 27, 2019,

           Plaintiffs,

      v.                            Case No. 24-CV-336-jdp

JAMES DEBRIYN,

           Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES**

---

Plaintiffs Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019 ("Plaintiffs"), by their attorneys, Reinhart Boerner Van Deuren s.c., moves the Court for an order to extend Plaintiffs' deadline to respond to the Defendant James DeBriyn's ("DeBriyn") Motion for Sanctions by 14 days, and to extend the deadline for DeBriyn's reply brief by 14 days. In support of this Motion, Plaintiffs state as follows:

1.      On May 9, 2025, DeBriyn filed Motion for Sanctions (Dkt. 30), Memorandum in Support of Motion for Sanctions (Dkt. 31), Declaration of James DeBriyn in Support of Motion for Sanctions (Dkt. 32), and 7 exhibits to the Declaration of James DeBriyn in Support of Motion for Sanctions (Dkt. 32-1 to 32-7).

2.      Upon the filing of these documents, the Court set the following briefing schedule: Plaintiffs' Brief in Opposition is due May 28, 2025, and DeBriyn's Brief in Reply is due June 4, 2025.

3.      The parties have conferred and mutually agreed upon a 14-day extension for both the Plaintiffs' Brief in Opposition and DeBriyn's Brief in Reply.

4.      Under this mutually agreed 14-day extension, the Plaintiffs' Brief in Opposition would be due on June 11, 2025 and DeBriyn's Brief in Reply would be due June 25, 2025.

5.      Counsel for Plaintiffs have conferred with DeBriyn regarding this motion and he confirmed that he does not oppose Plaintiffs' motion.

WHEREFORE, Plaintiffs respectfully request that this unopposed motion be granted, that the deadline for Plaintiffs to file their Brief in Opposition be June 11, 2025 and the deadline for DeBriyn to file his Brief in Reply be June 25, 2025.

Dated this 23rd day of May, 2025.

/s/ John Rejowski
James N. Law
WI State Bar ID No.: 1088047
jlaw@reinhartlaw.com
John Rejowski
WI State Bar ID No.: 1101411
jrejowski@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone:  414.298.1000
Facsimile:  414.298.8097

*Attorneys for Plaintiffs*
*Jeffrey D. Dahl and Kirstin L. Dahl, as Co-*
*Trustees of the Dahl Family Revocable Trust,*
*dated September 27, 2019*

53965008

2