UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JEFFREY D. DAHL and KIRSTIN L. DAHL,
as Co-Trustees of the Dahl Family Revocable
Trust, dated September 27, 2019,

        Plaintiffs,

     v.

JAMES DEBRIYN,

        Defendant.

Case No. 24-CV-336-jdp

---

## DECLARATION OF JAMES N. LAW

I, James N. Law, an attorney duly admitted to practice law in the State of Wisconsin and before this Court, hereby declares and certifies to the best of my knowledge and belief the following:

1. I am an attorney at Reinhart Boerner Van Deuren s.c. and counsel for the Plaintiff Jeffrey D. Dahl and Kirstin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019 ("Plaintiffs").

2. I am familiar with the subject matter of this lawsuit and submit this Declaration in support of Plaintiff's Brief in Support of Proposed Order for Declaratory Judgment.

3. Attached as **Exhibit A** is a true and correct copy of an email chain showing that counsel for the Dahls made a good faith effort to negotiate a joint proposed order for declaratory judgment with DeBriyn, but the parties were unable to reach agreement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 8th day of August, 2025.

        /s/ James N. Law
        James N. Law
        WI State Bar ID No. 1088047
        jlaw@reinhartlaw.com

        Reinhart Boerner Van Deuren s.c.
        1000 North Water Street, Suite 1700
        Milwaukee, WI 53202
        Telephone: 414.298.1000
        Facsimile: 414.298.8097