# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**JEFFREY D. DAHL AND KRISTIN L. DAHL, AS CO-TRUSTEES OF THE DAHL FAMILY REVOCABLE TRUST, DATED SEPTEMBER 27, 2019**,

Plaintiffs,

v.

**JAMES DEBRIYN**,

Defendant.

Case No: 3:24-cv-336-jdp

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that James DeBriyn, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the OPINION and ORDER dated July 18, 2025 (ECF No. 73), the OPINION and ORDER dated December 22, 2025 (ECF No. 45), and the JUDGMENT IN A CIVIL CASE entered on December 22, 2025 (ECF No. 46).

Dated this 16th day of January, 2026.

Respectfully submitted,

 /s/ James DeBriyn
James DeBriyn, Defendant
W12275 888th Ave
River Falls, WI 54022
jdebriyn@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing using the Circuit Court's ECF system, which will serve notice on all parties and counsel of record.

         */s/ James DeBriyn*
         James DeBriyn, Defendant
         W12275 888th Ave
         River Falls, WI 54022
         jdebriyn@gmail.com