## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JEFFREY D. DAHL AND KRISTIN L. DAHL, AS CO-TRUSTEES OF THE DAHL FAMILY REVOCABLE TRUST, DATED SEPTEMBER 27, 2019**, <br><br> Plaintiffs, <br><br> v. <br><br> **JAMES DEBRIYN**, <br><br> Defendant. | Case No: 3:24-cv-336-jdp <br><br><br> **DEFENDANT'S-APPELLANT'S DOCKETING STATEMENT** |

Defendant James DeBriyn makes this docketing statement in accordance with Circuit Rules 3(c)(1) and 28(a).

### I.    Statement Concerning District Court Jurisdiction.

The district court had jurisdiction over the matter pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and diversity jurisdiction existed when this matter was filed because the plaintiffs and the defendant were citizens of different states when the action was filed. When this action was filed, and when it was removed to federal court, Plaintiffs were citizens of Wisconsin and Defendant was a citizen of Arizona. (Notice of Removal, ¶¶ 20-21, ECF No. 1)

The amount in controversy was greater than $75,000 because the value of the declaratory judgement to plaintiffs exceeded this amount. Namely, if the Dahls could not obtain a declaratory

1

judgment to modify and widen the existing easement to comply with a local development ordinance, their property value will decrease by at least $89,000. (*Id.* ¶¶ 24-32)

## II.    Statement Concerning Appellate Jurisdiction.

This appeal is taken from the final Judgment in a Civil Case entered on December 22, 2025, ECF No. 46, declaring that the Dahls have the unilateral right to modify the written easement over Defendant's property, and the opinions and orders that underlie that judgment including, but not limited to, the Opinion and Order dated July 18, 2025, ECF No. 37, and the Opinion and Order dated December 22, 2025, ECF No. 45, denying DeBriyn's motion for reconsideration, entered by the Honorable James D. Peterson in the District Court for the Western District of Wisconsin. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291. DeBriyn filed his notice of appeal with the District Court on January 16, 2026, concurrent with this docketing statement.

No party has filed any motion that tolled the time within which to file an appeal, and these cases are not direct appeals from any decisions of a magistrate judge.

## III.    Official Capacity

No parties are being sued in their official capacity, however the Dahls are pursuing this case in their respective capacities as trustees.

**IV.      Prior or Related District Court Proceedings**

This case was originally removed from Bayfield County Circuit Court to the Western District of Wisconsin as 3:23-cv-552-jdp. The case was remanded to the state court shortly thereafter because the Dahls joined nondiverse defendants destroying complete diversity. The non-diverse defendants were eventually dismissed after remand because "the Dahls' counsel knew that the claims against [the non-diverse defendants] were barred by [statute], but intentionally withheld that information so that the court would remand the case." (Opinion and Order, 8, July 18, 2025, ECF No. 37) Shortly after the wrongfully-joined defendants were dismissed, DeBriyn again removed this case to the Western District of Wisconsin under the present case number, 3:24-cv-336-jdp. Other than issues related to these jurisdictional matters, there were no substantive rulings under this prior case number or in the state court.

**V.       Prior or Related Appellate Proceedings**

There are no prior related appellate proceedings

Dated this 16th day of January, 2026.

Respectfully submitted,

*/s/ James DeBriyn*
James DeBriyn, Defendant
W12275 888th Ave
River Falls, WI 54022
jdebriyn@gmail.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically filed the foregoing using the Circuit Court's ECF system, which will serve notice on all parties and counsel of record.

 */s/ James DeBriyn*
James DeBriyn, Defendant
W12275 888th Ave
River Falls, WI 54022
jdebriyn@gmail.com

4