IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY D. DAHL and KRISTIN L.
DAHL, AS CO-TRUSTEES OF THE
DAHL FAMILY REVOCABLE TRUST,
DATED SEPTEMBER 27, 2019,                         Case No.  24-cv-336-jdp

    Plaintiffs,

v.

JAMES DEBRIYN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019, against defendant James DeBriyn declaring that the ingress and egress easement contained in plaintiff Jeffrey and Kristin Dahl's September 4, 1990, warranty deed gives plaintiffs or their successors in interest the right to modify the ingress and egress route located on the easement to comply with the minimum requirements of Town of Cable Ordinance 26A (amended 2023). Plaintiffs shall be responsible for the costs associated with any modifications.

Approved as to form this 22ND day of December, 2025.

James D. Peterson
District Judge

s/ J. Smith, Deputy Clerk
Joel Turner, Clerk of Court

12/22/2025
Date