APPEAL, CLOSED, DIVERSITY, LHV,

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:24-cv-00336-jdp

| | |
|---|---|
| Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 v. DeBriyn, James | Date Filed: 05/21/2024 |
| | Date Terminated: 12/22/2025 |
| | Jury Demand: Defendant |
| Assigned to: District Judge James D. Peterson | Nature of Suit: 290 Real Property: Other |
| Referred to: US Magistrate Judge Anita Marie Boor | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Petition for Removal | |

### Plaintiff

**Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019**    represented by    **James N. Law**
Reinhart, Boerner, Van Deuren S.C.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
414-298-1000
Email: jlaw@reinhartlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Irene Coleman**
Spears, Carlson & Coleman
PO Box 547
Washburn, WI 54891
715-373-2628
Fax: 715-373-5716
Email: linda@washburnlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max Thomas Lindsey**
Anich, Wickman & Lindsey, S.C.
220 Sixth Ave. W.
P.O. Box 677
Ashland, WI 54806
715-682-9114
Fax: 715-682-9504
Email: mlindsey@ashlandlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Rejowski**
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 1700

Milwaukee, WI 53202
414-298-1000
Email: jrejowski@reinhartlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James DeBriyn**                 represented by   **James Daniel DeBriyn**
2100 E. Elliot Road, Bldg. 94
Tempe, AZ 85284-1806
715-558-6566
Email: jdebriyn@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2024 | 1 | SECOND NOTICE OF REMOVAL from Bayfield County Circuit Court, case number 2023CV000064. ( Filing fee $ 405 receipt number AWIWDC-3429174), filed by James DeBriyn. (Attachments:<br># 1 Exhibit Exhibit A - State Court Filings Part 1,<br># 2 Exhibit Exhibit B - State Court Filings Part 2,<br># 3 JS-44 Civil Cover Sheet Exhibit C,<br># 4 Exhibit Exhibit D - State Court Docket,<br># 5 Exhibit Exhibit E - Midwood Declaration) (DeBriyn, James) Modified on 5/21/2024: Exhibit Exhibit A and Exhibit Exhibit B not described as requested. Table of contents is included. Exhibit Exhibit E filed as is from previous case. (lak) (Entered: 05/21/2024) |
| 05/21/2024 | | Case directly assigned to District Judge James D. Peterson and Magistrate Judge Anita M. Boor. Related case 23cv552. (lak) (Entered: 05/21/2024) |
| 05/21/2024 | | Standard attachments for Judge James D. Peterson: NORTC, Corporate Disclosure Statement. (lak) (Entered: 05/21/2024) |
| 06/04/2024 | 2 | Record from Bayfield County Circuit Court. (Attachments:<br># 1 Cover letter from Bayfield County Circuit Court,<br># 2 Placeholder for thumb drive,<br># 3 Envelope) (jef) (Entered: 06/04/2024) |
| 06/10/2024 | | Set Telephone Pretrial Conference: Telephone Pretrial Conference set for 7/9/2024 at 02:00 PM before Magistrate Judge Anita M. Boor. Please call (669) 254-5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. The parties are advised that a Rule 26(f) conference shall occur not less than two weeks before the preliminary pretrial conference, and that the parties' report or reports must be filed not less than one week before the preliminary pretrial conference.[Standing Order Governing Preliminary Pretrial Conference attached] (voc) (Entered: 06/10/2024) |
| 07/02/2024 | 3 | Discovery Plan (DeBriyn, James) (Entered: 07/02/2024) |

| 07/09/2024 | 4 | ** TEXT ONLY ORDER **<br>The parties have requested a Rule 502 order, Dkt. 3 at 4-5, which the court will grant. It is ORDERED: The production, in this case, of privileged or work-product protected documents, electronically stored information, or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.<br>Signed by Magistrate Judge Anita M. Boor on 7/9/2024. (voc) (Entered: 07/09/2024) |
| --- | --- | --- |
| 07/09/2024 | 5 | Pretrial Conference **Order** - Preliminary Pretrial Packet in cases assigned to District Judge James D. Peterson attached. Amendments to Pleadings due 8/1/2024. Dispositive Motions due 3/27/2025. Settlement Letters due 7/25/2025. Rule 26(a)(3) Disclosures and Motions in Limine due 8/1/2025. Responses due 8/15/2025. Final Pretrial Conference set for 8/27/2025 at 02:30 PM. Second Final Pretrial Conference set for 9/3/2025 at 02:30 PM. Jury Selection and Trial set for 9/8/2025 at 09:00 AM. Signed by Magistrate Judge Anita M. Boor on 7/9/2024. (voc) (Entered: 07/09/2024) |
| 07/09/2024 | | Minute Entry for proceedings held before Magistrate Judge Anita M. Boor: Telephone Preliminary Pretrial Conference held on 7/9/2024 [00:13] (ckl) (Entered: 07/09/2024) |
| 09/26/2024 | 6 | Notice of Appearance *and Substitution of Counsel* filed by James N. Law for Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. (Law, James) (Entered: 09/26/2024) |
| 09/26/2024 | 7 | Notice of Appearance filed by John Rejowski for Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. (Rejowski, John) (Entered: 09/26/2024) |
| 01/10/2025 | 8 | **MOTION FOR SUMMARY JUDGMENT** by Defendant James DeBriyn. Brief in Opposition due 1/31/2025. Brief in Reply due 2/10/2025. (DeBriyn, James) (Entered: 01/10/2025) |
| 01/10/2025 | 9 | Brief in Support of 8 Motion for Summary Judgment by Defendant James DeBriyn (DeBriyn, James) (Entered: 01/10/2025) |
| 01/10/2025 | 10 | Proposed Findings of Fact filed by Defendant James DeBriyn re: 8 Motion for Summary Judgment (DeBriyn, James) (Entered: 01/10/2025) |
| 01/10/2025 | 11 | Declaration of James DeBriyn filed by Defendant James DeBriyn re: 8 Motion for Summary Judgment (Attachments:<br># 1 Exhibit A - Photographs,<br># 2 Exhibit B - Dahl Property Listing,<br># 3 Exhibit C - Deed from DeBriyn to Gosnel,<br># 4 Exhibit D - Deed from Gosnell Estate to Williams,<br># 5 Exhibit E - Deed from Williams to Avery,<br># 6 Exhibit F - Deed from Avery to Dahl,<br># 7 Exhibit G - 2001 Apex Survey,<br># 8 Exhibit H - Ebert v. Innswood Whitetails LLC,<br># 9 Exhibit I - Dynek v. Estate of Zielinski,<br># 10 Exhibit J - Eilau v. Roff,<br># 11 Exhibit K - Enbridge Energy, Ltd. Pship v. Engelking,<br># 12 Exhibit L - Town of Cable Ord 26A-06-C,<br># 13 Exhibit M - Town of Cable Ord 26A Amended,<br># 14 Exhibit N - Discovery Responses of Jeffrey D. Dahl, |

| | | |
|---|---|---|
| | | # 15 Exhibit O - Discovery Responses of Kristin L. Dahl,<br># 16 Exhibit P - 1995 Video,<br># 17 Exhibit Q - 1999 Video,<br># 18 Exhibit R - 2022 Video) (DeBriyn, James) Modified on 1/10/2025. (lak) (Entered: 01/10/2025) |
| 01/23/2025 | 12 | Unopposed Motion for Extension of Time by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. (Attachments:<br># 1 Text of Proposed Order) (Rejowski, John) Modified on 1/24/2025. (lak) (Entered: 01/23/2025) |
| 01/24/2025 | 13 | **\*\* TEXT ONLY ORDER \*\***<br>**ORDER** granting 12 Unopposed Motion for Extension of Time by Plaintiffs Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust. Plaintiffs' brief in opposition to Defendant James DeBriyn's motion for summary judgment is due by February 14, 2025, and any reply is due by March 10, 2025. Signed by Magistrate Judge Andrew R. Wiseman on 1/24/2025. (arw) (Entered: 01/24/2025) |
| 02/15/2025 | 14 | Brief in Opposition by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 8 Motion for Summary Judgment filed by James DeBriyn (Law, James) (Entered: 02/15/2025) |
| 02/15/2025 | 15 | Response to Proposed Findings of Fact filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 8 Motion for Summary Judgment (Law, James) (Entered: 02/15/2025) |
| 02/15/2025 | 16 | Declaration of James N. Law filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 8 Motion for Summary Judgment (Attachments:<br># 1 Exhibit A - Land Contract,<br># 2 Exhibit B - Warranty Deed) (Law, James) (Entered: 02/15/2025) |
| 02/15/2025 | 17 | Declaration of Jeffrey D. Dahl filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 8 Motion for Summary Judgment (Attachments:<br># 1 Exhibit A - Apex Survey) (Law, James) (Entered: 02/15/2025) |
| 03/10/2025 | 18 | Brief in Reply by Defendant James DeBriyn in Support of 8 Motion for Summary Judgment (DeBriyn, James) (Entered: 03/10/2025) |
| 03/10/2025 | 19 | Reply in Support of Proposed Findings of Fact filed by Defendant James DeBriyn re: 8 Motion for Summary Judgment (DeBriyn, James) (Entered: 03/10/2025) |
| 03/27/2025 | 20 | **MOTION FOR SUMMARY JUDGMENT** by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. Brief in Opposition due 4/17/2025. Brief in Reply due 4/28/2025. (Law, James) (Entered: 03/27/2025) |
| 03/27/2025 | 21 | Brief in Support of 20 Motion for Summary Judgment, by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 (Law, James) (Entered: 03/27/2025) |

| | | |
|---|---|---|
| 03/27/2025 | 22 | Declaration of Jeffrey D. Dahl filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 20 Motion for Summary Judgment, (Attachments: # 1 Exhibit A - Apex Survey) (Law, James) (Entered: 03/27/2025) |
| 03/27/2025 | 23 | Declaration of James N. Law filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 20 Motion for Summary Judgment, (Attachments: # 1 Exhibit A - Land Contract, # 2 Exhibit B - Warranty Deed, # 3 Exhibit C - DeBriyn's Responses to Discovery Requests, # 4 Exhibit D - Second Amended Complaint, # 5 Exhibit E - Answer and Affirmative Defenses to Second Amended Complaint) (Law, James) (Entered: 03/27/2025) |
| 03/27/2025 | 24 | Proposed Findings of Fact filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 20 Motion for Summary Judgment, (Law, James) (Entered: 03/27/2025) |
| 04/11/2025 | 25 | Supplement to 21 Brief in Support filed by Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 (Rejowski, John) Modified on 4/14/2025: Linked to the pending motion. (lak) (Entered: 04/11/2025) |
| 04/17/2025 | 26 | Brief in Opposition by Defendant James DeBriyn re: 20 Motion for Summary Judgment, filed by Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 (DeBriyn, James) (Entered: 04/17/2025) |
| 04/17/2025 | 27 | Response to Proposed Findings of Fact filed by Defendant James DeBriyn re: 20 Motion for Summary Judgment, (DeBriyn, James) (Entered: 04/17/2025) |
| 04/28/2025 | 28 | Brief in Reply by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 in Support of 20 Motion for Summary Judgment, (Law, James) (Entered: 04/28/2025) |
| 04/28/2025 | 29 | Response to Proposed Findings of Fact filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 20 Motion for Summary Judgment. *(Response to Defendant's Additional Proposed Findings of Fact)* (Law, James) Modified on 4/29/2025: Linked to the correct motion. (lak) (Entered: 04/28/2025) |
| 05/09/2025 | 30 | Motion for Sanctions by Defendant James DeBriyn. (DeBriyn, James) (Entered: 05/09/2025) |
| 05/09/2025 | 31 | Brief in Support of 30 Motion for Sanctions by Defendant James DeBriyn (DeBriyn, James) (Entered: 05/09/2025) |
| 05/09/2025 | 32 | Declaration of James DeBriyn filed by Defendant James DeBriyn re: 30 Motion for Sanctions (Attachments: # 1 Exhibit Grossi to Lindsey Emails 1.9.2024 to 1.25.2024, # 2 Exhibit Email from Lindsey to Johnson 1.25.2024, # 3 Exhibit Emails from Johnson Lindsey and Coleman 2.10 to 2.12.2024, # 4 Exhibit Emails from Johnson and Coleman 3.8 to 3.17.2024, # 5 Exhibit Emails from Johnson and Coleman 3.22 to 4.17.2024, |

| | | |
|---|---|---|
| | | # 6 Exhibit Emails from Johnson and Coleman 5.1.2024, # 7 Exhibit Emails from Johnson and Coleman 5.8.2024) (DeBriyn, James) (Entered: 05/09/2025) |
| 05/14/2025 | | Set Briefing Deadlines as to 30 Motion for Sanctions. Brief in Opposition due 5/28/2025. Brief in Reply due 6/4/2025. (jat) (Entered: 05/14/2025) |
| 05/23/2025 | 33 | Unopposed Motion for Extension of Time by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. (Rejowski, John) (Entered: 05/23/2025) |
| 05/23/2025 | 34 | **\*\* TEXT ONLY ORDER \*\***<br>For good cause, the plaintiff's unopposed motion for extension of time, Dkt. 33 , is GRANTED. The brief in opposition is due June 11, and the brief in reply is due June 25. Signed by Magistrate Judge Anita Marie Boor on 5/23/2025. (jls) (Entered: 05/23/2025) |
| 06/11/2025 | 35 | Brief in Opposition by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 30 Motion for Sanctions filed by James DeBriyn (Law, James) (Entered: 06/11/2025) |
| 06/25/2025 | 36 | Brief in Reply by Defendant James DeBriyn in Support of 30 Motion for Sanctions (DeBriyn, James) (Entered: 06/25/2025) |
| 07/18/2025 | 37 | **OPINION and ORDER** granting 30 Defendant's Motion for Sanctions; granting 20 Plaintiff's Motion for Summary Judgment; denying 8 Defendant's Motion for Summary Judgment. All pretrial deadlines and the trial date are STRUCK. The parties have until August 8, 2025, to submit a joint proposed judgment, or alternative proposals along with short briefs explaining the parties' reasoning. Signed by District Judge James D. Peterson on 7/18/25. (jat) (Entered: 07/18/2025) |
| 07/23/2025 | 38 | Motion for Reconsideration re 37 Order on Motion for Sanctions,,, Order on Motion for Summary Judgment,,,,, by Defendant James DeBriyn. Response due 7/30/2025. (DeBriyn, James) (Entered: 07/23/2025) |
| 07/28/2025 | | Set/Reset Briefing Deadlines as to 38 Motion for Reconsideration. Brief in Opposition due 8/11/2025. Brief in Reply due 8/18/2025. (jls) (Entered: 07/28/2025) |
| 08/08/2025 | 39 | Brief in Opposition by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 38 Motion for Reconsideration filed by James DeBriyn (Law, James) (Entered: 08/08/2025) |
| 08/08/2025 | 40 | Brief in Support of Proposed Order for Declaratory Judgment by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. Response due 8/15/2025. (Attachments: # 1 Text of Proposed Order) (Law, James) (Entered: 08/08/2025) |
| 08/08/2025 | 41 | Declaration of James N. Law filed by Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 re: 40 Brief in Support, (Attachments: # 1 Exhibit A - Email Chain) (Law, James) Modified on 8/8/2025. (lak) (Entered: 08/08/2025) |
| 08/08/2025 | 42 | Brief in Support of Proposed Judgment by Defendant James DeBriyn (Attachments: # 1 Exhibit - Defendant's Proposed Order for Judgment) (DeBriyn, James) Modified on 8/11/2025. (lak) Modified on 8/11/2025 (jat). (Entered: 08/08/2025) |

| 08/08/2025 | 43 | Exhibit to 40 Motion for Miscellaneous Relief, filed by Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019 (Law, James) (Entered: 08/08/2025) |
| --- | --- | --- |
| 08/18/2025 | 44 | Brief in Reply by Defendant James DeBriyn in Support of 38 Motion for Reconsideration (DeBriyn, James) (Entered: 08/18/2025) |
| 12/22/2025 | 45 | **ORDER** denying 38 Motion for Reconsideration; entering a declaratory judgment; and staying enforcement of the judgment for 30 days. Signed by District Judge James D. Peterson on 12/22/2025. (jls) (Entered: 12/22/2025) |
| 12/22/2025 | 46 | JUDGMENT entered in favor of Plaintiff Jeffrey D. Dahl and Kristin L. Dahl, as Co-Trustees of the Dahl Family Revocable Trust, Dated September 27, 2019. (JDP /jls) (Entered: 12/22/2025) |
| 01/16/2026 | 47 | NOTICE OF APPEAL by Defendant James DeBriyn as to 37 Order on Motion for Sanctions, Order on Motion for Summary Judgment, 46 Judgment, 45 Order. Filing fee of $ 605, receipt number AWIWDC-3732675 paid. Docketing Statement filed. (Attachments:<br># 1 Docketing Statement) (DeBriyn, James) Modified on 1/16/2026: ECF No. 73 in NOA is entry 37. (lak) (Entered: 01/16/2026) |
| 01/16/2026 | 48 | Transcript Request Form by Defendant James DeBriyn (DeBriyn, James) (Entered: 01/16/2026) |