# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 17, 2026

*By the Court*:

| | |
|---|---|
| No. 26-1084 | JEFFREY D. DAHL and KRISTIN L. DAHL, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019,<br>Plaintiffs - Appellees<br><br>v.<br><br>JAMES DEBRIYN,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:24-cv-00336-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

Upon consideration of the **STIPULATION FOR VOLUNTARY DISMISSAL**, filed on March 17, 2026, by the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)