# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 17, 2026

To:  Joel W. Turner
     UNITED STATES DISTRICT COURT
     Western District of Wisconsin
     Madison, WI 53703-0000

| | |
|---|---|
| No. 26-1084 | JEFFREY D. DAHL and KRISTIN L. DAHL, as Co-Trustees of the Dahl Family Revocable Trust, dated September 27, 2019,<br>Plaintiffs - Appellees<br><br>v.<br><br>JAMES DEBRIYN,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 3:24-cv-00336-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                              F.R.A.P. 42(b)

STATUS OF THE RECORD:                         no record to be returned

form name: **c7_Mandate**    (form ID: **135**)